445 A.2d 225

Commonwealth v. Strong, Appellant.

Petition for Allowance of Appeal Denied Sept. 9, 1982.

Submitted December 1, 1981. William C. Cramer, for appellant; John R. Walker, District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.